UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEL JEANNITE,<br><br>    Plaintiff,<br><br>v.<br><br>AT DEMOULAS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-cv-12065-LTS<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

March 29, 2023

SOROKIN, D.J.

On February 9, 2023, the Court issued an order in this action (ECF 4) in which it granted the *in forma pauperis* motion of *pro se* plaintiff Joel Jeannite, found that his complaint failed to state a claim upon which relief could be granted, and directed him to file an amended complaint within 35 days. The Court warned Jeannite that the action could be dismissed if he failed to comply with the deadline. The deadline for filing an amended complaint has passed without any response from Jeannite.

Accordingly, the Court orders that, pursuant to 28 U.S.C. § 1915(e)(2), this action be DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Leo T. Sorokin
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE